

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

March 21, 2019

LAURENCE F. PULGRAM

EMAIL LPULGRAM@FENWICK.COM
Direct Dial +1 (415) 875-2390

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

    Re:   *Edwin Diaz, et al. v. Tophatter, Inc.*, No. 1:19-cv-00074-JGK –
           Notice of Settlement

Dear Judge Koeltl:

    Fenwick & West LLP is counsel for Tophatter, Inc. ("Tophatter") in this putative class action.  With consent of Plaintiff's counsel, we write to notify the Court that the parties have reached a settlement in principle today and are in the process of finalizing a settlement agreement.  Accordingly, the parties respectfully ask that the Court vacate the case management conference currently scheduled for March 25, 2019.

                              Sincerely,

                              FENWICK & WEST LLP


                              */s/ Laurence F. Pulgram*
                              Laurence F. Pulgram (*pro hac vice*)
                              Attorney for Tophatter, Inc.